

*Thursday, February 14, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

01–2224.   **State ex rel. Lusk v. Indus. Comm.**   Franklin App. No. 00AP–1450.